**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| Tim McKane, | |
|     Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:08-cv-24-CAP |
| UBS Financial Services, Inc., | |
|     Defendant. | |

## J U D G M E N T

This action having come before the court, Honorable Charles A. Pannell, Jr., United States District Judge, for consideration of the Judge's Report and Recommendation as to Defendant's Motion for Summary Judgment, and the court having adopted said recommendation and granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 13 day of May, 2009.

                                              JAMES N. HATTEN
                                              CLERK OF COURT

                                  By:  s/ Rebecca V. Bachelor
                                          Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  May 13, 2009
James N. Hatten
Clerk of Court

By: s/ Rebecca V. Bachelor
       Deputy Clerk